```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.                    CASE NO. 11-50026-001

DAGOBERTO ALBARRAN-DIAZ
a/k/a Rafael Bringas                                        DEFENDANT

### ORDER

Now on this 28th day of April, 2011, comes on for consideration the **Report and Recommendation (Doc. 16)** filed herein on April 28, 2011, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. The parties have waived their right to file objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the Court accepts the Defendant's guilty plea to Count One of the Indictment and tentatively approves the written plea agreement, subject to final approval at sentencing.

IT IS SO ORDERED this 28th day of April, 2011.

                                            /S/JIMM LARRY HENDREN
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE